IH-32                                                              Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

American Civil Liberties Union Foundation,
and American Civil Liberties Union
Foundation of Colorado,

|  Plaintiff  | Case Number |
|---|---|
|  vs.  | 25-cv-3271 |
|  United States Immigration and Customs Enforcement,  |  |
|  Defendant  |  |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

American Civil Liberties Union Foundation,

|  Plaintiff  | Case Number |
|---|---|
|  vs.  | 24-cv-7183 |
|  United States Immigration and Customs Enforcement,  |  |
|  Defendant  |  |

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑  Open          (If so, set forth procedural status and summarize any court rulings.)

The court has ordered a search and production schedule for records responsive to Plaintiff's FOIA request, as negotiated by the parties, via memo endorsement. ECF Nos. 22, 30. The parties are currently determining whether a motion for summary judgment is appropriate in this case pursuant to Defendants' production of a Vaughn Index. Parties currently provide the Court with a monthly joint status report regarding the progress of production.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This newly filed case is related to the earlier filed case because both challenge U.S. Immigration and Customs Enforcement's ("ICE") failure to timely release documents related to the agency's requests for information to establish new immigration detention sites, pursuant to Freedom of Information Act ("FOIA") requests filed by Plaintiff American Civil Liberties Union Foundation ("ACLU").

The first case addressed FOIA requests for records submitted by the ACLU in response to ICE's Requests for Information ("RFI") to identify immigration detention facilities in areas covered by ICE's Chicago, Harlingen, and Salt Lake City Field Offices; a Request for Proposal for ICE detention facilities in the Newark Field Office; and a RFI for ICE detention facilities in areas covered by ICE's Phoenix, El Paso, Seattle, and San Francisco Field Offices.

The second case addresses a FOIA request for records submitted by the ACLU and the ACLU of Colorado in response to ICE's RFI to identify immigration detention facilities in areas covered by ICE's Denver Field Office.

Signature:  /S/ Judy Rabinovich          Date: Apr. 21, 2025

American Civil Liberties Union Foundation

Firm:

Page 2