UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO;<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant.* | **MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 1:25-cv-03271 |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kyle Virgien hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am a member in good standing in the bar of the Supreme Court of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 22nd day of April, 2025.

                                            Respectfully Submitted,

                                            */s/ Kyle Virgien*
                                            Kyle Virgien
                                            American Civil Liberties Union Foundation
                                            National Prison Project
                                            425 California Street, 7th Floor
                                            San Francisco, CA 94104
                                            Phone: (415) 343-0770
                                            kvirgien@aclu.org