UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO;<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant.* | **AFFIDAVIT OF KYLE VIRGIEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 25-cv-3271 |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kyle Virgien, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Plaintiff, American Civil Liberties Union Foundation, in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the bar of the Supreme Court of the state of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 21st day of April, 2025.

Respectfully Submitted,

SEE ATTACHED
Acknowledgement or
Jurat

Kyle Virgien
American Civil Liberties Union Foundation
National Prison Project
425 California St., 7th Floor
San Francisco, CA 94104
Phone: 415-343-0770
kvirgien@aclu.org

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Alameda____ )

On __04/21/2025__ before me, __NAMITA RAO, NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __KYLE MITCHELL VIRGIEN__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Namita__   (Seal)

NAMITA RAO
COMM. #2443368
NOTARY PUBLIC • CALIFORNIA
CONTRA COSTA COUNTY
MY COMM. EXP. APRIL 6, 2027