UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO;<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant.* | **AFFIDAVIT OF TIMOTHY R. MACDONALD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 25-cv-3271 |

**INTRODUCTION**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern Districts of New York, I, Timothy Macdonald, hereby swear or affirm that that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Plaintiff American Civil Liberties Union Foundation of Colorado in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the Supreme Court of the State of Colorado.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated this 23rd day of April, 2025.

Respectfully submitted,

/s/ Timothy R. Macdonald

Timothy R. Macdonald
American Civil Liberties Foundation of Colorado
303 E. 17th Ave., Suite 350
Denver, CO 80203
Telephone: 303-777-5482
Email: tmacdonald@aclu-co.org

Subscribed and sworn to or affirmed before me this 23rd day of April in the year 2025.

NOTARY PUBLIC: MICHA STONE    4/23/2025

MICHA STONE
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20204008612
MY COMMISSION EXPIRES MAR 3, 2028

2