

**STATE OF COLORADO,** ss:

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**TIMOTHY R. MACDONALD**__

has been duly licensed and admitted to practice as an

### *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**16th**__ day of __**January**__ A.D. __**1998**__ and that at the date hereof the said __**TIMOTHY R. MACDONALD**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**16th**__ day of __**April**__ A.D. __**2025**__

*Cheryl Stevens*
Clerk

By _(signature)_
Deputy Clerk