UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO;<br><br>     *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>     *Defendant*. | **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**<br><br>Case No. 25-cv-3271-VEC |

  The motion of Timothy R. Macdonald, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

  Mr. Macdonald has certified that he is a member in good standing of the Supreme Court of the state of Colorado; and that his contact information is as follows:

> Timothy R. Macdonald
> American Civil Liberties Foundation of Colorado
> 303 E. 17th Ave., Suite 350
> Denver, CO 80203
> Telephone: 303-777-5482
> Email: tmacdonald@aclu-co.org

  Mr. Macdonald having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation of Colorado in the above-entitled action;

  IT IS HEREBY ORDERED that Mr. Macdonald is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New

2

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: _____

                                        _____
                                        Honorable Valerie Caproni
                                        United States District Court Judge