UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO;<br><br>     *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>     *Defendant*. | **[PROPOSED]** ORDER FOR ADMISSION PRO HAC VICE<br><br>Case No. 25-cv-3271-VEC |

  The motion of Timothy R. Macdonald, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

  Mr. Macdonald has certified that he is a member in good standing of the Supreme Court of the state of Colorado; and that his contact information is as follows:

  Timothy R. Macdonald
  American Civil Liberties Foundation of Colorado
  303 E. 17th Ave., Suite 350
  Denver, CO 80203
  Telephone: 303-777-5482
  Email: tmacdonald@aclu-co.org

  Mr. Macdonald having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation of Colorado in the above-entitled action;

  IT IS HEREBY ORDERED that Mr. Macdonald is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: April 28, 2025

_____
Honorable Valerie Caproni
United States District Court Judge

2