AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| American Civil Liberties Union Foundation, et al.,<br>*Plaintiff*<br>v.<br>U.S. Immigration and Customs Enforcement,<br>*Defendant* | )<br>)<br>) Case No. 25 Civ. 3271 (VEC)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 05/07/2025

/s/ Jessica F. Rosenbaum
*Attorney's signature*

Jessica F. Rosenbaum (JR 0524)
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

jessica.rosenbaum@usdoj.gov
*E-mail address*

(212) 637-2777
*Telephone number*

(212) 637-2786
*FAX number*