### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.,<br><br>      *Plaintiffs,*<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      *Defendant.* | Case No. 1:25-cv-03271-VEC |

### AFFIDAVIT OF SERVICE

I, Samantha Weaver, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Silver Spring, MD.

2. On May 1, 2025, I served a true copy of the:

   - Complaint for Declaratory and Injunctive Relief, and accompanying exhibits
   - Civil Cover Sheet
   - Corporate Disclosure Statement
   - Summons in a Civil Action

   by Certified Mail, Return Receipt Requesting by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service upon:

   > United States Immigration and Customs Enforcement
   > Office of the Principal Legal Advisor
   > 500 12th St. SW, Mail Stop 5900
   > Washington, DC 20536-5900
   > (Certified Mail No. 9589 0710 5270 1421 4636 62)

3. A copy of the receipt for the certified mailing is attached hereto and made a part hereof.

Samantha Weaver

DAVID KIM
Notary Public - State of Maryland
Montgomery County
My Commission Expires May 1, 2027

6/2/2025



**Tracking Number:**

**9589071052701421463662**

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 7:50 am on May 7, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

✓ **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20536
May 7, 2025, 7:50 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

