IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant.* | Case No. 1:25-cv-03271-VEC |

**AFFIDAVIT OF SERVICE**

I, Samantha Weaver, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Silver Spring, MD.

2. On May 1, 2025, I served a true copy of the:

   - Complaint for Declaratory and Injunctive Relief, and accompanying exhibits
   - Civil Cover Sheet
   - Corporate Disclosure Statement
   - Summons in a Civil Action

   by Certified Mail, Return Receipt Requesting by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service upon:

   United States Immigration and Customs Enforcement, c/o
   Attorney General
   United States Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC 20530-0001
   (Certified Mail No. 9589 0710 5270 1421 4636 86)

3. A copy of the receipt for the certified mailing is attached hereto and made a part hereof.

*[signature]*

Samantha Weaver

*[signature]*

DAVID KIM
Notary Public – State of Maryland
Montgomery County
My Commission Expires May 1, 2027

6/2/2025



**Tracking Number:**

# 9589071052701421463686

 Copy · Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:01 pm on May 7, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536
May 7, 2025, 1:01 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

