**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.,

*Plaintiffs,*

vs.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant.*

Case No. 1:25-cv-03271-VEC

**AFFIDAVIT OF SERVICE**

I, Samantha Weaver, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Silver Spring, MD.

2. On May 1, 2025, I served a true copy of the:

   - Complaint for Declaratory and Injunctive Relief, and accompanying exhibits
   - Civil Cover Sheet
   - Corporate Disclosure Statement
   - Summons in a Civil Action

   by Certified Mail, Return Receipt Requesting by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service upon:

   United States Immigration and Customs Enforcement, c/o
   United States Attorney for the Southern District of New York, Civil Division
   86 Chambers St.
   New York, NY 10007
   (Certified Mail No. 9589 0710 5270 1421 4636 55)

3. A copy of the receipt for the certified mailing is attached hereto and made a part hereof.

Samantha Weaver

DAVID KIM
Notary Public - State of Maryland
Montgomery County
My Commission Expires May 1, 2027

6/2/2025

Tracking Number:

**9589071052701421463655**

 Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 2:19 pm on May 5, 2025 in NEW YORK, NY 10007.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10007
May 5, 2025, 2:19 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

9589 0710 5270 1421 4636 55

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10007

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0238 |
| $ $0.00 | 77 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.15 | |
| $ $8.00 | 05/01/2025 |
| Total Postage and Fees $ | |

MARTIN LUTHER KING JR USPS 1400 L STREET NW MAY 01 2025

Sent To ICE, c/o USAO for SDNY

Street and Apt. No., or PO Box No. 86 Chambers St

City, State, ZIP+4® New York, New York 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

