August 18, 2025

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

    This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-captioned action. Plaintiffs American Civil Liberties Union Foundation ("ACLU") and American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The parties respectfully provide this joint status update, in accordance with the Court's Order of July 2, 2025, ECF No. 26.

    On July 2, 2025, ICE made its first production to Plaintiffs of responsive and non-exempt records. That production included 115 pages, which were withheld in part pursuant to FOIA exemptions (b)(4), (b)(6), (b)(7)(C), and (b)(7)(E). Plaintiffs reviewed the production and, by letter dated August 5, 2025, raised an issue regarding the completeness of the production—specifically, that a record may be missing—and challenged certain of the withholdings. On August 15, 2025, ICE confirmed that there is no missing record. ICE also agreed to lift the redactions for the challenged withholdings and re-produced the records with the lifted redactions on August 15, 2025. Due to technical difficulties in transmission, Plaintiffs were unable to access the records until August 18, 2025, and have not yet had an opportunity to review Defendants' production. The parties will provide a further status update to the Court on or before September 18, 2025. We thank the Court for its consideration.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendant*

By:   /s/ *Jessica F. Rosenbaum*
    PETER ARONOFF
    JESSICA F. ROSENBAUM
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor

New York, New York 10007
Telephone: (212) 637-2697/2777
E-mail: peter.aronoff@usdoj.gov
        jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
COLORADO

*Attorney for Plaintiffs*

By:   /s/ *Eunice H. Cho*
      EUNICE H. CHO*
      Senior Counsel
      American Civil Liberties Union
      915 15th St. NW, 7th Floor
      Washington, D.C. 20005
      Telephone: (202) 548-6616
      Email: echo@aclu.org
      *admitted *pro hac vice*