UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT, <br><br> *Defendant*. | [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE <br><br> Case No. 25-3271 |

The motion of Eunice H. Cho, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Ms. Cho has certified that she is a member in good standing of the Supreme Courts of the states of Washington and California, and the bars of the District of Columbia (active), and Georgia (inactive); and that her contact information is as follows:

> Eunice H. Cho
> American Civil Liberties Union
> National Prison Project
> 915 15th St. NW
> Washington, DC 20005
> Phone: (202) 548-6616
> Echo@aclu.org

Ms. Cho having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

    IT IS HEREBY ORDERED that Ms. Cho is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: August 20, 2025

_____
United States District Court Judge