September 18, 2025

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

    This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.

    On July 2, 2025, ICE made its first production to Plaintiffs of responsive and non-exempt records. That production included 115 pages, which were withheld in part pursuant to FOIA exemptions 4, 6, 7(C), and 7(E). Plaintiffs reviewed the production and, by letter dated August 5, 2025, raised an issue regarding the completeness of the production—specifically, that a record may be missing—and challenged certain of the withholdings. On August 15, 2025, ICE confirmed that there is no missing record. ICE also agreed to lift the redactions for the challenged withholdings and re-produced the records without certain of the redactions on August 15, 2025. Plaintiffs have now reviewed the production, and yesterday raised issue with some of the remaining redactions. ICE agreed to lift the challenged redactions and re-produced the records today. Plaintiffs are currently reviewing the production.

    The parties will provide a further status update to the Court on or before October 20, 2025. We thank the Court for its consideration.

                                                  Respectfully submitted,

                                                 JAY CLAYTON
                                                 United States Attorney for the
                                                 Southern District of New York
                                                 *Attorney for Defendant*

                        By:    /s/ *Jessica F. Rosenbaum*
                                PETER ARONOFF
                                JESSICA F. ROSENBAUM

Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2697/2777
E-mail: peter.aronoff@usdoj.gov
           jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO

*Attorneys for Plaintiffs*

By:   /s/ *Eunice H. Cho*
      Eunice H. Cho*
      Senior Counsel
      American Civil Liberties Union
      National Prison Project
      915 15th Street NW, 7th Floor
      Washington, D.C. 20005
      Telephone: (202) 548-6616
      Email: echo@aclu.org

      Timothy R. Macdonald*
      Legal Director
      American Civil Liberties Union Foundation of Colorado
      303 E. 17th St. Suite 350
      Denver, CO 80203
      Tel: 720-402-3151
      Email: tmacdonald@aclu-co.org

      *admitted *pro hac vice*