December 2, 2025

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

      This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.[1]

      On July 2, 2025, ICE made its first production to Plaintiffs of responsive and non-exempt records. That production included 115 pages, which were withheld in part pursuant to FOIA exemptions 4, 6, 7(C), and 7(E). Plaintiffs reviewed the production and, by letter dated August 5, 2025, raised an issue regarding the completeness of the production—specifically, that a record may be missing—and challenged certain of the withholdings. On August 15, 2025, ICE confirmed that there was no missing record. ICE also agreed to lift the redactions for the challenged withholdings and re-produced the records without certain of the redactions on August 15, 2025. On September 17, 2025, Plaintiffs raised an issue with some of the remaining redactions. ICE agreed to lift the challenged redactions and re-produced the records on September 18, 2025. Then on October 20, 2025, Plaintiffs requested that ICE provide a *Vaughn* index for seven sets of withholdings in the September 18 production. Three of those sets of withholdings were made by a contractor who subsequently agreed to lift the redactions, and ICE re-produced to Plaintiffs the records without those redactions on November 25, 2025. The remaining withholdings were made by three contractors with whom ICE has conferred or will confer as soon as possible. ICE will produce records without redactions, or provide a *Vaughn* index, by December 12, 2025.

---

[1] In accordance with Judge Swain's Standing Order, all deadlines in this action were tolled and extended for the duration of the shutdown—43 days. *See* Standing Order M10-468, Case No. 25-mc-433 (LTS), ECF No. 3 (the "Standing Order"). As such, the deadline for this status report was adjourned from October 20 until December 2, 2025.

The parties will provide a further status update to the Court on or before January 5, 2026. We thank the Court for its attention to this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendant*

By:   /s/ *Jessica F. Rosenbaum*
        PETER ARONOFF
        JESSICA F. ROSENBAUM
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2697/2777
        E-mail: peter.aronoff@usdoj.gov
                jessica.rosenbaum@usdoj.gov

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION
        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO

        *Attorneys for Plaintiffs*

By:   /s/ *Eunice H. Cho*
        Eunice H. Cho*
        Senior Counsel
        American Civil Liberties Union
        National Prison Project
        915 15th Street NW, 7th Floor
        Washington, D.C. 20005
        Telephone: (202) 548-6616
        Email: echo@aclu.org

        Timothy R. Macdonald*
        Legal Director
        American Civil Liberties Union Foundation of Colorado
        303 E. 17th St. Suite 350
        Denver, CO 80203
        Tel: 720-402-3151
        Email: tmacdonald@aclu-co.org

        *admitted *pro hac vice*