January 5, 2026

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

   Re: *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

  This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.

  On July 2, 2025, ICE made its first production to Plaintiffs of responsive and non-exempt records. That production included 115 pages, which were withheld in part pursuant to FOIA exemptions 4, 6, 7(C), and 7(E). Plaintiffs reviewed the production and, by letter dated August 5, 2025, raised an issue regarding the completeness of the production—specifically, that a record may be missing—and challenged certain of the withholdings. On August 15, 2025, ICE confirmed that there was no missing record. ICE also agreed to lift the redactions for the challenged withholdings and re-produced the records without certain of the redactions on August 15, 2025. On September 17, 2025, Plaintiffs raised an issue with some of the remaining redactions. ICE agreed to lift the challenged redactions and re-produced the records on September 18, 2025. Then on October 20, 2025, Plaintiffs requested that ICE provide a *Vaughn* index for seven sets of withholdings in the September 18 production. Three of those sets of withholdings were made by a contractor who subsequently agreed to lift the redactions, and ICE re-produced to Plaintiffs the records without those redactions on November 25, 2025. The remaining withholdings were made by three contractors; on December 12, 2025, ICE re-produced the records of those three contractors with fewer redactions and produced a *Vaughn* index for the remaining redactions.

The parties will provide a further status update to the Court on or before February 4, 2026. We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:     /s/ *Jessica F. Rosenbaum*
PETER ARONOFF
JESSICA F. ROSENBAUM
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2697/2777
E-mail: peter.aronoff@usdoj.gov
            jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO

*Attorneys for Plaintiffs*

By:     /s/ *Eunice H. Cho*
Eunice H. Cho*
Senior Counsel
American Civil Liberties Union
National Prison Project
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6616
Email: echo@aclu.org

Timothy R. Macdonald*
Legal Director
American Civil Liberties Union Foundation of Colorado
303 E. 17th St. Suite 350
Denver, CO 80203
Tel: 720-402-3151
Email: tmacdonald@aclu-co.org

*admitted *pro hac vice*