February 4, 2026

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

      This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.

      On July 2, 2025, ICE made its first production to Plaintiffs of responsive and non-exempt records. That production included 115 pages, which were withheld in part pursuant to FOIA exemptions 4, 6, 7(C), and 7(E). Plaintiffs reviewed the production and, by letter dated August 5, 2025, raised an issue regarding the completeness of the production—specifically, that a record may be missing—and challenged certain of the withholdings. On August 15, 2025, ICE confirmed that there was no missing record. ICE also agreed to lift the redactions for the challenged withholdings and re-produced the records without certain of the redactions on August 15, 2025. On September 17, 2025, Plaintiffs raised an issue with some of the remaining redactions. ICE agreed to lift the challenged redactions and re-produced the records on September 18, 2025. Then on October 20, 2025, Plaintiffs requested that ICE provide a *Vaughn* index for seven sets of withholdings in the September 18 production. Three of those sets of withholdings were made by a contractor who subsequently agreed to lift the redactions, and ICE re-produced to Plaintiffs the records without those redactions on November 25, 2025. The remaining withholdings were made by three contractors; on December 12, 2025, ICE re-produced the records of those three contractors with fewer redactions and produced a *Vaughn* index for the remaining redactions.

      On February 2, 2026, Plaintiffs sent ICE a proposal to resolve all remaining issues in this case, including attorneys' fees. To permit ICE sufficient time to evaluate the proposal and the parties time to negotiate a potential resolution of this matter, the parties propose the submission of a Stipulation of Settlement and Dismissal on or before April 6, 2026, or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of the settlement negotiations and proposing next steps.

We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney for the
                                      Southern District of New York
                                      *Attorney for Defendant*

By:    /s/ *Jessica F. Rosenbaum*
            PETER ARONOFF
            JESSICA F. ROSENBAUM
            Assistant United States Attorneys
            86 Chambers Street, 3rd Floor
            New York, New York 10007
            Telephone: (212) 637-2697/2777
            E-mail: peter.aronoff@usdoj.gov
                      jessica.rosenbaum@usdoj.gov

            AMERICAN CIVIL LIBERTIES UNION
            FOUNDATION
            AMERICAN CIVIL LIBERTIES UNION
            FOUNDATION OF COLORADO

            *Attorneys for Plaintiffs*

By:    /s/ *Eunice H. Cho*
            Eunice H. Cho*
            Senior Counsel
            American Civil Liberties Union
            National Prison Project
            915 15th Street NW, 7th Floor
            Washington, D.C. 20005
            Telephone: (202) 548-6616
            Email: echo@aclu.org

            Timothy R. Macdonald*
            Legal Director
            American Civil Liberties Union Foundation of
            Colorado
            303 E. 17th St. Suite 350
            Denver, CO 80203
            Tel: 720-402-3151
            Email: tmacdonald@aclu-co.org

            *admitted *pro hac vice*