**MEMO ENDORSED**

February 4, 2026

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2026

Re: *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

    This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.

    On July 2, 2025, ICE made its first production to Plaintiffs of responsive and non-exempt records. That production included 115 pages, which were withheld in part pursuant to FOIA exemptions 4, 6, 7(C), and 7(E). Plaintiffs reviewed the production and, by letter dated August 5, 2025, raised an issue regarding the completeness of the production—specifically, that a record may be missing—and challenged certain of the withholdings. On August 15, 2025, ICE confirmed that there was no missing record. ICE also agreed to lift the redactions for the challenged withholdings and re-produced the records without certain of the redactions on August 15, 2025. On September 17, 2025, Plaintiffs raised an issue with some of the remaining redactions. ICE agreed to lift the challenged redactions and re-produced the records on September 18, 2025. Then on October 20, 2025, Plaintiffs requested that ICE provide a *Vaughn* index for seven sets of withholdings in the September 18 production. Three of those sets of withholdings were made by a contractor who subsequently agreed to lift the redactions, and ICE re-produced to Plaintiffs the records without those redactions on November 25, 2025. The remaining withholdings were made by three contractors; on December 12, 2025, ICE re-produced the records of those three contractors with fewer redactions and produced a *Vaughn* index for the remaining redactions.

    On February 2, 2026, Plaintiffs sent ICE a proposal to resolve all remaining issues in this case, including attorneys' fees. To permit ICE sufficient time to evaluate the proposal and the parties time to negotiate a potential resolution of this matter, the parties propose the submission of a Stipulation of Settlement and Dismissal on or before April 6, 2026, or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of the settlement negotiations and proposing next steps.

We thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney for the
                                            Southern District of New York
                                            *Attorney for Defendant*

By:    /s/ *Jessica F. Rosenbaum*
              PETER ARONOFF
              JESSICA F. ROSENBAUM
              Assistant United States Attorneys
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              Telephone: (212) 637-2697/2777
              E-mail: peter.aronoff@usdoj.gov
                          jessica.rosenbaum@usdoj.gov

              AMERICAN CIVIL LIBERTIES UNION
              FOUNDATION
              AMERICAN CIVIL LIBERTIES UNION
              FOUNDATION OF COLORADO

              *Attorneys for Plaintiffs*

By:    /s/ *Eunice H. Cho*
              Eunice H. Cho*
              Senior Counsel
              American Civil Liberties Union
              National Prison Project
              915 15th Street NW, 7th Floor
              Washington, D.C. 20005
              Telephone: (202) 548-6616
              Email: echo@aclu.org

              Timothy R. Macdonald*
              Legal Director
              American Civil Liberties Union Foundation of
              Colorado
              303 E. 17th St. Suite 350
              Denver, CO 80203
              Tel: 720-402-3151
              Email: tmacdonald@aclu-co.org

              *admitted pro hac vice

Not later than **April 6, 2026**, the parties must file either a Stipulation of Settlement and Dismissal or, if they are unable to resolve the matter by that time, a status report updating the Court on the status of settlement negotiations and proposing next steps.

SO ORDERED.

2/5/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE