# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

<table>
<tr>
<td>

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION; AMERICAN CIVIL
LIBERTIES UNION FOUNDATION OF
COLORADO;
<br>   *Plaintiff,*

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

   *Defendants.*

</td>
<td>

Case No.: 1:25-cv-03271

</td>
</tr>
</table>

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, I, Eunice H. Cho, respectfully seek leave to withdraw my appearance as attorney for Plaintiffs American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") in this matter because of my departure from the ACLU. The Plaintiffs will continue to be represented in this matter by experienced attorneys from the ACLU and ACLU-CO, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

      Respectfully submitted,

      /s/ Eunice H. Cho
      Eunice H. Cho*
      American Civil Liberties Union Foundation
      915 15th Street NW
      Washington, DC 20005
      (202) 548-6616
      echo@aclu.org

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I, Eunice H. Cho, hereby certify that on March 25, 2026, I caused the foregoing document, filed

through the CM/ECF system, to be sent electronically to the registered participants as identified

on the Notice of Electronic Filing (NEF).


Dated: March 25, 2026

/s/ Eunice H. Cho
Eunice H. Cho*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org
*admitted pro hac vice