**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO;<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    *Defendants.* | Case No.: 1:25-cv-03271 |

**PROPOSED ORDER GRANTING MOTION OF EUNICE H. CHO
TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, and for good cause shown, the motion to withdraw the appearance of Eunice H. Cho as counsel of record on behalf of Plaintiff AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO in the above-captioned action is hereby GRANTED.

  **SO ORDERED.**

Dated: _____, 2026

               _____
               The Hon. Valerie E. Caproni
               United States District Judge