**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO;<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    *Defendants.* | Case No.: 1:25-cv-03271 |

**~~PROPOSED~~ ORDER GRANTING MOTION OF EUNICE H. CHO
TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, and for good cause shown, the motion to withdraw the appearance of Eunice H. Cho as counsel of record on behalf of Plaintiff AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO in the above-captioned action is hereby GRANTED.

**SO ORDERED.**

Dated: March 26 , 2026

_____
The Hon. Valerie E. Caproni
United States District Judge