May 21, 2026

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:    *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.

Productions of responsive, non-exempt records in this FOIA matter are complete, and the parties are negotiating attorneys' fees. ICE is in the process of evaluating Plaintiffs' most recent fee proposal, and the parties need additional time to negotiate a potential resolution of this matter. To that end, the parties propose the submission of a Stipulation of Settlement and Dismissal on or before June 22, 2026, or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of the settlement negotiations and proposing next steps.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:    */s/ Jessica F. Rosenbaum*
PETER ARONOFF
JESSICA F. ROSENBAUM
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2697/2777
E-mail: peter.aronoff@usdoj.gov
            jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO

*Attorneys for Plaintiffs*

By:     */s/ Kyle Virgien*
        Kyle Virgien
        Senior Staff Attorney
        American Civil Liberties Union
        National Prison Project
        425 California Street, 7th Floor
        San Francisco, CA 94104
        Telephone: (415) 343-0770
        Email: kvirgien@aclu.org

        Timothy R. Macdonald*
        Legal Director
        American Civil Liberties Union Foundation of
        Colorado
        303 E. 17th St. Suite 350
        Denver, CO 80203
        Tel: 720-402-3151
        Email: tmacdonald@aclu-co.org

        *admitted *pro hac vice*