June 22, 2026

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

       Re:    *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

      This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") bring suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.

      Productions of responsive, non-exempt records in this FOIA matter are complete, and the parties continue to negotiate attorneys' fees. ICE is still in the process of evaluating Plaintiffs' most recent fee proposal, and the parties need additional time to negotiate a potential resolution of this matter. To that end, the parties propose the submission of a Stipulation of Settlement and Dismissal on or before July 28, 2026, or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of the settlement negotiations and proposing next steps.

      We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York
                        *Attorney for Defendant*

          By:    */s/ Jessica F. Rosenbaum*
                        PETER ARONOFF
                        JESSICA F. ROSENBAUM
                        Assistant United States Attorneys
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Telephone: (212) 637-2697/2777
                        E-mail: peter.aronoff@usdoj.gov
                                  jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO

*Attorneys for Plaintiffs*

By:     /s/ Kyle Virgien
         Kyle Virgien
         Senior Staff Attorney
         American Civil Liberties Union
         National Prison Project
         425 California Street, 7th Floor
         San Francisco, CA 94104
         Telephone: (415) 343-0770
         Email: kvirgien@aclu.org

         Timothy R. Macdonald*
         Legal Director
         American Civil Liberties Union Foundation of
         Colorado
         303 E. 17th St. Suite 350
         Denver, CO 80203
         Tel: 720-402-3151
         Email: tmacdonald@aclu-co.org

         *admitted *pro hac vice*