September 28, 2026

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 3271 (VEC)

Dear Judge Caproni:

This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action brought by Plaintiffs American Civil Liberties Union Foundation ("ACLU") and the American Civil Liberties Union Foundation of Colorado ("ACLU-CO") (collectively "Plaintiffs") pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit this joint status update, in accordance with the Court's order of July 2, 2025, ECF No. 26.

Productions of responsive, non-exempt records in this FOIA matter are complete, and the parties are continuing to negotiate over Plaintiffs' claim to attorneys' fees. ICE is still in the process of evaluating Plaintiffs' most recent fee proposal, which was made on August 11, 2026, and anticipates responding to that proposal on or before October 9. To allow the parties the additional time needed for their negotiations, the parties propose that on or before October 28, 2026, they submit either a Stipulation of Settlement and Dismissal or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of the settlement negotiations and proposing next steps.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: /s/ *Jessica F. Rosenbaum*
PETER ARONOFF
JESSICA F. ROSENBAUM
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2697/2777
E-mail: peter.aronoff@usdoj.gov
jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO

*Attorneys for Plaintiffs*

By: */s/ Timothy R. Macdonald*
Timothy R. Macdonald*
Legal Director
American Civil Liberties Union Foundation of Colorado
303 E. 17th St. Suite 350
Denver, CO 80203
Tel: 720-402-3151
Email: tmacdonald@aclu-co.org
*admitted *pro hac vice*