USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO,

Plaintiffs,

- against -

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

No. 25 Civ. 3271 (VEC)

**STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS, on March 7, 2025, Plaintiffs American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Colorado made a request (the "Request") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to United States Immigration and Customs Enforcement ("ICE");

WHEREAS, the Request sought various records concerning a request for information that ICE issued to identify possible immigration detention facilities;

WHEREAS, on April 21, 2025, Plaintiffs filed this action challenging what they contended was ICE's inadequate response to the Request, Dkt. No. 1;

WHEREAS, ICE has conducted searches and processed potentially responsive records;

WHEREAS, the parties have resolved all issues related to search and processing in this matter, and agree that the only outstanding issue in this case is Plaintiffs' claim for attorneys' fees and costs; and

WHEREAS, the parties wish to resolve Plaintiffs' claim for attorneys' fees and costs consensually and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1. Pursuant to 5 U.S.C. § 552(a)(4)(E), as soon as reasonably practicable after the Court has endorsed and docketed this Stipulation and Order, ICE shall pay to Plaintiffs the sum of thirty thousand dollars ($30,000.00) for attorneys' fees and litigation costs ("Settlement Amount"). This payment shall constitute full and final satisfaction of any claims by Plaintiffs for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfers, and counsel for Plaintiffs will promptly provide to counsel for ICE all information required by ICE to effectuate the transfers.

2. Plaintiffs release and discharge ICE and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims that Plaintiffs asserted, or could have asserted at the time this action was filed, in this litigation arising out of Plaintiffs' Request.

3. This action is accordingly dismissed with prejudice and without costs or fees other than as provided in Paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4. Nothing in this Stipulation and Order shall constitute an admission that ICE is liable for any attorneys' fees or litigation costs, or that Plaintiffs "substantially prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or are entitled to or eligible for any attorneys'

fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiffs' view, be compensable as attorneys' fees in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiffs' claims for attorneys' fees and litigation costs. Except as provided for in Paragraph 2 above, this Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiffs under FOIA.

5. This Stipulation and Order contains the entire agreement between the parties with respect to this action, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel with respect to this action that is not included herein shall have any force or effect.

6. This Stipulation and Order may be executed in counterparts each of which shall be deemed to be one and the same.

Dated: New York, New York
October 26, 2026

JAMES M. MCDONALD
United States Attorney

By: [signature]
JESSICA ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Dated: San Francisco, California
October 26, 2026

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: [signature]
KYLE VIRGIEN
American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104

Dated: Denver, Colorado
October 26, 2026

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO

By: [signature]
TIMOTHY R. MACDONALD
American Civil Liberties Union Foundation of Colorado
303 E. 17th Street, Suite 350
Denver, CO 80203

SO ORDERED:

[signature]
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

10/29/2026